IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

NO. 5:24-CV-58-M

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | NOTICE REQUESTING |
| v. | ) | CLERK TO ISSUE |
| | ) | WARRANT OF ARREST |
| $2,767,919.94 IN PROCEEDS FROM | ) | AND NOTICE *IN REM* |
| CURRENCYCLOUD INC ACCOUNT | ) | |
| XXXXXX6592, | ) | |
| | ) | |
| Defendant. | ) | |

    The United States of America, by the United States Attorney for the Eastern District of North Carolina, requests that the Clerk issue a Warrant of Arrest *In Rem* for the defendant, as required by Rule G(3)(i) of the Supplemental Rules for Admiralty or Maritime and Asset Forfeiture Claims. In support of this request, the Government states that the defendants are already in the Government's possession, custody, or control.

    Accordingly, the Government requests that the Clerk issue the Warrant of Arrest and Notice *in rem*.

1

This 31st day of January 2024.

                MICHAEL F. EASLEY, JR.
                United States Attorney


                BY:   /s/ Matthew L. Fesak
                        MATTHEW L. FESAK
                Assistant United States Attorney
                Attorney for Plaintiff
                Civil Division
                150 Fayetteville Street, Suite 2100
                Raleigh, NC   27601
                Telephone:   (919) 856-4530
                Facsimile:   (919) 856-4821
                E-mail: matthew.fesak@usdoj.gov
                NC State Bar No. 35276