133-23-006



# Department of the Treasury
## Federal Law Enforcement Agencies
## PROCESS RECEIPT AND RETURN

| PLANTIFF<br>USA | COURT CASE NUMBER<br>5:24-CV-58-M |
|---|---|
| DEFENDANT<br>$2,767,919.94 in Proceeds from CurrencyCloud Inc. | TYPE OF PROCESS<br>Complaint/Warrant of Arrest and Notice |

| SERVE AT | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC. TO BE SERVED OR DESCRIPTION OF PROPERTY TO SEIZE. |
|---|---|
| | ADDRESS (Street or RFD, Apartment No., City, State and Zip Code) |
| | $2,767,919.94 in Proceeds from CurrencyCloud Inc. Account XXXXXX6592 |

| SEND NOTICE OR SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW | NUMBER OF PROCESS TO BE SERVED IN THIS CASE | |
|---|---|---|
| MATTHEW L. FESAK<br>U. S. Attorney's Office<br>150 Fayetteville Street, Suite 2100<br>Raleigh, NC 27601 | NUMBER OF PARTIES TO BE SERVED IN THIS CASE | |
| | CHECK BOX IF SERVICE IS ON USA | |

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Includes Business and Alternate Addresses, Telephone Numbers, and Estimated Times Available For Service)

23-USS-000245

USAO: 2023V00673

/s/ MATTHEW L. FESAK, AUSA / snd

| Signature of Attorney or other Originator requesting service on behalf of: ☑ Plaintiff ☐ Defendant | TELEPHONE NO.<br>919-856-4844 | DATE<br>2/06/2024 |
|---|---|---|

SIGNATURE AND DATE OF PERSON ACCEPTING PROCESS.

### SPACE BELOW FOR USE OF TREASURY LAW ENFORCEMENT AGENCY

| I acknowledge receipt for the total number of process indicated. | District of Origin<br>No. | District to Serve<br>No. | SIGNATURE OF AUTHORIZED TREASURY AGENCY OFFICER. | DATE |
|---|---|---|---|---|

I HEREBY CERTIFY AND RETURN THAT ☐ PERSONALLY SERVED ☐ HAVE LEGAL EVIDENCE OF SERVICE ☐ HAVE EXECUTED AS SHOWN IN "REMARKS", THE PROCESS DESCRIBED ON THE INDIVIDUAL, COMPANY, CORPORATION, ETC., AT THE ADDRESS SHOWN ABOVE OR ON THE ADDRESS INSERTED BELOW.

( ) I HEREBY CERTIFY AND RETURN THAT I AM UNABLE TO LOCATE THE INDIVIDUAL, COMPANY, CORPORATION, ETC. NAMED ABOVE.

NAME & TITLE OF INDIVIDUAL SERVED IF NOT SHOWN ABOVE.

☐ person of suitable age and discretion then residing in the defendant's usual place of abode.

ADDRESS: (Complete only if different than shown above)

DATE OF SERVICE 02/06/24  TIME OF SERVICE

SIGNATURE, TITLE AND TREASURY AGENCY

REMARKS:
On 02/06/24, $2,767,919.94 in Proceeds from CurrencyCloud Inc. Account ending in 6592 was seized. The currency was originally seized on 02/11/23.

TD F 90-22.48 (6/96)